DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BERTHA ALICIA TORRES-LEMUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:10-cr-0438 LJO |
|---|---|---|
| *Plaintiff,* | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING ; |
| v. | ) ) | ORDER |
| BERTHA ALICIA TORRES-LEMUS, | ) ) | Date: January 28, 2011 Time: 9:00 A.M. |
| *Defendant.* | ) ) ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for January 7, 2011 **may be continued to January 28, 2011 at 9:00 a.m.**

This continuance is requested because Ms. Torres-Lemus may have a claim of derivative citizenship. Defense counsel has been investigating the potential derivative citizenship claim, and seeks the additional time to conclude the investigation. Assistant United States Attorney Ian Garriques does not object to this request. The requested continuance will serve the ends of justice and result in economic use of time and resources.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: January 4, 2011                  /s/ Ian Garriques
                                              IAN GARRIQUES
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: January 4, 2011                  /s/ Melody M. Walcott
                                              MELODY M. WALCOTT
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              BERTHA ALICIA TORRES-LEMUS

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

**Dated:   January 4, 2011**               /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE