DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
BERTHA ALICIA TORRES-LEMUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-0438 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING ; |
| v. | ORDER |
| BERTHA ALICIA TORRES-LEMUS, | Date:   April 1, 2011 |
| | Time:   9:00 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for March 25, 2011 **may be continued to April 1, 2011 at 9:00 a.m.**

This continuance is requested because counsel for Ms. Torres-Lemus is ill and out of her office and does not anticipate returning to her office by the date now set for hearing; no other attorney in counsel's office is sufficiently familiar with this matter to enable him or her to appear on counsel's behalf.  The requested continuance will provide continuity of counsel, will serve the ends of justice and result in economic use of time and resources and will conserve time and resources for all parties and the court. Assistant United States Attorney Ian Garriques has no objection to this request.

///

///

///

1       The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2   justice, including but not limited to, the need for the period of time set forth herein for further defense

3   preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

4                                                           BENJAMIN B. WAGNER
5                                                            United States Attorney

6   DATED:  March 23, 2011          /s/ Ian Garriques
                                                 IAN GARRIQUES
7                                                    Assistant United States Attorney
                                                 Attorney for Plaintiff

8

9                                                    DANIEL J. BRODERICK
10                                                   Federal Defender

11  DATED:  March 23, 2011          /s/ Melody M. Walcott
                                                 MELODY M. WALCOTT
12                                                   Assistant Federal Defender
                                               Attorney for Defendant
13                                                 BERTHA ALICIA TORRES-LEMUS

14  

15                         **O R D E R**

   Good Cause exists.   Time is excluded in the interests of justice pursuant to 18 U.S.C.

16  § 3161(h)(7)(A) and (B).

17  

18  IT IS SO ORDERED.

19  

20  **Dated:   March 23, 2011**           **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28